MICHAEL E. BREWER, Bar No. 177912
mbrewer@littler.com
ALISON CUBRE, Bar No. 257834
acubre@littler.com
LISA LIN GARCIA, Bar No. 260582
llgarcia@littler.com
LITTLER MENDELSON, P.C.
333 Bush Street, 34th Floor
San Francisco, CA 94104
Telephone: 415.433.1940
Fax No.: 415.399.8490

BILLIE D. WENTER, Bar No. 235193
bwenter@littler.com
LITTLER MENDELSON, P.C.
Treat Towers
1255 Treat Boulevard, Suite 600
Walnut Creek, CA 94597
Telephone: 925.932.2468
Facsimile: 925.946.9809

Attorneys for Defendant KINDRED
HEALTHCARE OPERATING, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TINAMARIE FATIAH AL-NAJJAR, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>KINDRED HEALTHCARE OPERATING, INC., a Delaware corporation; and DOES 1 through 10, Inclusive,<br><br>Defendants. | Case No. 2:17-cv-06166-PSG-FFM<br><br>**[PROPOSED] STIPULATED PROTECTIVE ORDER REGARDING NOTICE TO PUTATIVE CLASS**<br><br>Trial Date: None Set<br>Complaint Filed: June 23, 2017 |

Plaintiff TinaMarie Fatiah Al-Najjar ("Plaintiff") and Defendant Kindred Healthcare Operating, Inc. ("Defendant") (collectively, the "Parties"), through their counsel of record, hereby stipulate as follows:

WHEREAS, Plaintiff filed a class-action complaint ("Complaint") in Los Angeles Superior Court on June 23, 2017, and Defendant answered the Complaint

on August 17, 2017. (Dkt. No. 1, Exs. A, C.);

WHEREAS, Defendant removed the case to this Court on August 18, 2017. (Dkt. No. 1.);

WHEREAS, under Central District Local Rule 23-3, all motions for certification must be filed within 90 days of commencement, unless otherwise ordered by the Court;

WHEREAS, Plaintiff has requested and Defendant has declined to stipulate to relieve Plaintiff from Local Rule 23-3.

WHEREAS, the Parties have met and conferred regarding the notice process to obtain the name and last known home address and telephone number for putative class members.

Therefore, given the short deadline imposed by Local Rule 23-3, instead of the opt-out process under *Belaire-West Landscape, Inc. v. Superior Court*, 149 Cal. App. 4th 554 (2007), the Parties choose to follow the notice process sanctioned by this Court in *York v. Starbucks Corp.*, 2009 U.S. Dist. LEXIS 92274, *4-5, 2009 WL 3177605 (C.D. Cal. June 30, 2009), and stipulate as follows:

(1) The protections of this Stipulation and Order are in addition to the general protections the Parties agreed to under the Parties' Stipulated Protective Order and Clawback Agreement, filed with this Court on September 26 ("Protective Order"). [Dkt No.13.]

(2) Contact information for the putative class is protected by the employees' right to privacy, and it shall be designated as "CONFIDENTIAL" as defined by Section 2.2 of the Parties' Protective Order [Dkt No. 13] before being produced to Plaintiff's Counsel.

(3) At the outset of Plaintiff Counsel's first contact with each employee, Plaintiff's Counsel will inform each employee that the employee has the right not to talk with Plaintiff's Counsel.

(4) Plaintiff's Counsel will also inform each employee that his or her refusal

LITTLER MENDELSON, P.C.
333 Bush Street
34th Floor
San Francisco, CA 94104
415.433.1940

1  to speak with counsel will not prejudice his or her rights as a class member should the
2  Court certify the class.
3      (5)    If any employee elects not to talk to Plaintiff's Counsel, Plaintiff Counsel
4  will terminate the contact and not contact him or her again unless required by Court
5  Order.
6      (6)    Plaintiff's Counsel will keep a list of all employees who make it known
7  that they do not want to be contacted and preserve that list for the Court.
8      (7)    The contact information will be used only for the purposes of this action,
9  and it will not be disseminated to anyone who is not necessary to the prosecution of
10 this case.

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

Dated: September 27, 2017

*/s/ James DeSario*_____
MICHAEL NOURMAND
JAMES A. DE SARIO
THE NOURMAND LAW FIRM, APC
Attorneys for Plaintiff

I attest that all other signatures listed, and on whose behalf the filing is submitted, concur in the filings content and have authorized the filing as required under Local Rule 5-4.3.4(a)(2)(i).

Dated: September 27, 2017      */s/ Alison Cubre*_____
MICHAEL E. BREWER
BILLIE D. WENTER
ALISON J. CUBRE
LISA LIN GARCIA
Littler Mendelson, P.C.
Attorneys for Defendant
KINDRED HEALTHCARE OPERATING, INC.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: <u>October 6, 2017</u>      **FREDERICK F. MUMM**
_____
Honorable Frederick F. Mumm
United States Magistrate Judge

Firmwide:150285833.1 091140.1004

LITTLER MENDELSON, P.C.
333 Bush Street
34th Floor
San Francisco, CA 94104
415.433.1940

[PROPOSED] STIPULATED PROTECTIVE ORDER     3.     Case No. 2:17-cv-06166-PSG-FFM