1  Michael Nourmand, Esq. (SBN 198439)
   James A. De Sario, Esq. (SBN 262552)
2  **THE NOURMAND LAW FIRM, APC**
   8822 West Olympic Boulevard
3  Beverly Hills, California 90211
   Telephone:  (310) 553-3600
4  Facsimile:   (310) 553-3603
   E-Mail:      mnourmand@nourmandlawfirm.com
5               jdesario@nourmandlawfirm.com

6  Attorneys for Plaintiffs
   TINAMARIE FATIAH AL-NAJJAR, on behalf of
7  herself and all others similarly situated

8

9  Elizabeth Staggs Wilson, Esq. (SBN 183160)
   Estaggs-wilson@littler.com
10 LITTLER MENDERLSON, P.C.
   633 West 5th Street, 63rd Floor
11 Los Angeles, California 90071
   Telephone (213) 443-4300
12
   Attorneys for Defendants
13

14

15                    UNITED STATE DISTRICT COURT

16                   CENTRAL DISTRICT OF CALIFORNIA

17

18  TINAMARIE FATIAH AL-NAJJAR,          Case No. 2:17-cv-06166-PSG-FFM
    on behalf of herself and others similarly   ORDER ON
19  situated,                             **JOINT STIPULATION FOR
                                          DISMISSAL OF ENTIRE CIVIL
20              Plaintiffs,               ACTION**

21      vs.

22  KINDRED HEALTHCARE
    OPERATING, INC., et al.
23
                Defendants.
24

25

26

27

28

---

JOINT STIPULATION FOR DISMISSAL OF ENTIRE CIVIL ACTION
CASE NO. 2:17-CV-06166-PSG-FFM

|   |   |
|---|---|
| 1 | It is hereby stipulated by and between Plaintiff, Tinamarie Fatiah Al-Najjar ("Plaintiff"), and Defendants, Kindred Healthcare Operating, Inc., Medical Hill Rehab Center, LLC dba Kindred Nursing and Rehabilitation – Medical Hill, Care Center of Rossmoor LLC dba Kindred Transitional Care and Rehabilitation – Walnut Creek, and Southern California Specialty Care, Inc. dba Kindred Hospital – La Mirada ("Defendants"), through their counsel of record, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A), that Plaintiff hereby dismisses all individual claims against Defendants with prejudice and dismisses her representative action and class allegations against Defendants without prejudice, with each party to bear her/its own costs and attorneys' fees to achieve the dismissal. |

DATED: July 17, 2018          THE NOURMAND LAW FIRM, APC

                              By: /s/*Michael Nourmand*
                                  Michael Nourmand, Esq.
                                  James A. De Sario, Esq.

                                  Attorneys for Plaintiff
                                  TINAMARIE FATIAH AL-NAJJAR

DATED: July 17, 2018          LITTLER MENDERSON, P.C.

                              By: /s/*Elizabeth Staggs Wilson*
                                  Elizabeth Staggs Wilson, Esq.

                                  Attorneys for Defendants

**IT IS SO ORDERED.**

[signature]

**U.S. DISTRICT JUDGE**

**ATTESTATION**

Pursuant to Civil Local Rule 5-4.3.4(a)(2), the filer of this document attests that concurrence in the filing of this document has been obtained from the other signatory above.

Dated: July 17, 2018          /s/*Elizabeth Staggs Wilson*
                              Elizabeth Staggs Wilson

Firmwide:155863046.1 091140.1004