E-FILED-7/20/18

JS-6

UNITED STATE DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TINAMARIE FATIAH AL-NAJJAR, on behalf of herself and others similarly situated,<br><br>　　　　Plaintiffs,<br><br>　vs.<br><br>KINDRED HEALTHCARE OPERATING, INC., et al.<br><br>　　　　Defendants. | Case No. 2:17-cv-06166-PSG-FFM<br><br>[~~PROPOSED~~] **ORDER GRANTING DISMISSAL OF ENTIRE CIVIL ACTION** |

1  Pursuant to the stipulation by and between Plaintiff Tinamarie Fatiah Al-Najjar ("Plaintiff"), and Defendants Kindred Healthcare Operating, Inc., Medical Hill Rehab Center, LLC dba Kindred Nursing and Rehabilitation – Medical Hill, Care Center of Rossmoor LLC dba Kindred Transitional Care and Rehabilitation – Walnut Creek, and Southern California Specialty Care, Inc. dba Kindred Hospital – La Mirada ("Defendants"), through their counsel of record, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A), Plaintiff dismisses all individual claims against Defendants with prejudice and dismisses her representative action and class allegations against Defendants without prejudice, with each party to bear her/its own costs and attorneys' fees to achieve the dismissal.

**IT IS SO ORDERED.**

DATED: July 20, 2018

*PHILIP S. GUTIERREZ*
HON. PHILIP S. GUTIERREZ

Firmwide:155899448.1 091140.1004